AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: Matthew Roth | | Telephone: (313) 226-9100 |
| Special Agent: Kenton Weston | | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Keenan Ryder

Case: 2:25−mj−30390
Assigned To : Unassigned
Assign. Date : 6/17/2025
Case No. Description: RE: KEENAN RYDER (EOB)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenton Weston, Special Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 17, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
Printed name and title

## **AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Kenton Weston, being first duly sworn, hereby state:

## I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and have been since January 2018. I graduated from the ATF Privately Made Firearm and Machine Gun Conversion Train the Trainer Course, Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. During my employment with ATF, I have conducted and/or participated in over a hundred criminal investigations focused on firearms, drug trafficking violations, and criminal street gangs in the Eastern District of Michigan. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, and more than two hundred arrests.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

3. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office and the ATF. Additionally, I am a member of the ATF led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent crimes, committed with firearms, in the city of Pontiac, Oakland County, and the Eastern District of Michigan.

4. I make this affidavit from personal knowledge based on my participation in this investigation, interviews, communications with others who have personal knowledge of the events and circumstances described herein, reports, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

5. The ATF is currently conducting a criminal investigation concerning Keenan RYDER, (DOB: XX/XX/1996), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

## II.   PROBABLE CAUSE

6.   On June 10, 2025, deputies with the Oakland County Sheriff's Office (OCSO) were dispatched to a drive-by shooting at a residence on Third Street in Pontiac, Eastern District of Michigan. OCSO recovered 28 fired cartridge casings, a mixture of 9mm and .40 caliber, from the scene. GVTF identified a 2022 Chevy Malibu, with an Indiana license plate ending in 7ACR, as the suspected vehicle from the shooting.

7.   On June 13, 2025, two OCSO deputies observed the 2022 Chevy Malibu, with Indiana plate ending in 7ACR, traveling west on South Blvd in Pontiac. The deputies activated their emergency lights and siren to conduct a traffic stop in a McDonald's parking lot. The Malibu stopped in the parking lot. At the same time, and before the deputies exited their vehicle, the front seat passenger ran out of the car in possession of a firearm. The deputies immediately announced that he was armed then gave him verbal commands to stop. The individual, later identified as Keenan RYDER, continued to run.

8.   The deputies chased him on foot as RYDER ran east through the McDonald's parking lot, across Woodward Avenue, and toward a

3

Sunoco gas station. RYDER was taken to the ground and placed under arrest. The deputies noticed right away that RYDER no longer possessed the firearm. Moments later, OCSO backtracked RYDER's path and recovered, on the eastside of the McDonald's parking lot, a Glock 23 .40 caliber pistol. See Image One below. Inserted in the firearm was an extended magazine loaded with 16 live rounds of ammunition.



Image 1



9. OCSO collected fired casings from the June 10, 2025, drive-by shooting and test fired cartridge cases from the recovered Glock 23 pistol. The various casings were submitted into NIBIN. The submission

4

resulted in a NIBIN ballistic link showing that the recovered .40 caliber fired cartridge casings from the drive-by shooting were shot from the Glock 23 recovered from RYDER. The time from the drive-by shooting until the gun was recovered from RYDER was approximately 72 hours.

10. A search of the Law Enforcement Information Network (LEIN) revealed that, in April 2016, RYDER received a federal conviction for felony Possession with Intent to Distribute Marijuana. RYDER was sentenced to 21 months incarceration and 24 months of supervised release. Based on my training and experience, RYDER was aware he was convicted of a crime, punishable by more than one year, based on his term of incarceration and his time spent on supervised release.

11. I contacted Special Agent Kara Klupacs, an ATF Interstate Nexus Expert, and gave her a verbal description of the Glock 23 pistol. Based upon the verbal description, Special Agent Klupacs advised that the firearm qualifies as a firearm as defined under 18 U.S.C. § 921 and was manufactured outside of the state of Michigan after 1898. Therefore, the weapon traveled in and affected interstate commerce.

## III.   CONCLUSION

12.   Probable cause exists that, on June 13, 2025, within the Eastern District of Michigan, Keenan RYDER, knowingly possessed a Glock 23 pistol, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means
_____
Hon. David R. Grand
United States Magistrate Judge

Dated:   June 17, 2025

6